FILED
CLERK, U.S. DISTRICT COURT
FEB 1 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

P-SEND
JS-6
ENTER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

TOYOTA MOTOR SALES, U.S.A., INC.

    Plaintiff

vs.

FARZAD TABARI and LISA TABARI doing business as FAST IMPORTS

    Defendants

Civil Action No. 03-8506 DSF(Ex)

[PROPOSED] FINAL JUDGMENT

Based on and pursuant to the Court's Findings of Fact and Conclusions of Law entered on March 9, 2006 and the Order Granting Plaintiff's Motion for Summary Judgment entered on January 19, 2007, this civil action is now in condition for entry of Final Judgment. Accordingly, it is ORDERED, ADJUDGED AND DECREED that:

(1) This Court has jurisdiction of the subject matter and the parties under § 39 of the Federal Trademark Act, 15 U.S.C. § 1121, and the Judicial Code, 28 U.S.C. §§ 1331, 1332, 1338 and 1367.

ENTERED
CLERK, U.S. DISTRICT COURT
FEB 1 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

DM_US\8430131 v1

1

(2) Defendants and each of their respective agents, employees, servants, successors and assigns, and all others acting in privity or concert with them are hereby permanently enjoined from:

    (a) using, renewing, or transferring ownership of the domain names <www.buyorleaselexus.com> and <www.buy-a-lexus.com>; and

    (b) using the designation WWW.BUYORLEASELEXUS.COM, and/or any other domain name, service mark, trademark, trade name, meta tag or commercial indication of origin that includes the mark LEXUS or any other word or mark confusingly similar thereto.

(3) Apart from Plaintiff's claims for injunctive relief granted by ¶ (2) of this Final Judgment, all other claims asserted by Plaintiff against Defendants are hereby dismissed with prejudice.

(4) The following counterclaims asserted by Defendants against Plaintiff are each hereby dismissed with prejudice:

    (a) Defendants' counterclaim for declaratory judgment of trademark non-infringement under § 32(1) of the Federal Trademark Act, 15 U.S.C. § 1114(1), and state law;

    (b) Defendants' counterclaim for declaratory judgment of no unfair competition under § 43(a) of the Federal Trademark Act, 15 U.S.C. § 1125(a), and state law;

    (c) Defendants' counterclaim for cancellation of the federal registrations of the mark LEXUS;

    (d) Defendants' counterclaim for intentional interference with prospective economic advantage; and

DM_US\8430131.v1

  (e) Defendants' counterclaim for negligent interference with prospective economic advantage.

(5) This Final Judgment shall be binding upon Plaintiff and Defendants, and each of their respective officers, agents, servants, employees, attorneys, and successors and assigns, and upon those persons in active concert or participation with them who receive actual notice thereof by personal service or otherwise.

(6) The Court shall retain jurisdiction of this civil action and the parties to resolve any issues arising out of a claim of violation of or noncompliance with this Final Judgment.

(7) In accordance with § 34 of the Federal Trademark Act, 15 U.S.C. § 1116, the Clerk of the Court shall notify the Director of the United States Patent and Trademark Office of the entry of this Final Judgment who shall enter it upon the records of the United States Patent and Trademark Office.

(8) Each party will bear her, his or its own costs and attorneys' fees.

DONE AND ORDERED, at Los Angeles, California, this 15th day of February, 2007.

_____
DALE S. FISCHER
United States District Judge

3

DM_US\8430131.v1

Submitted by:

*[signature]*

Alan S. Cooper
Lisa K. Hsiao
Alisa C. Key
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

and

Judianne Jaffe
Mark L. Share
De Castro, West, Chodorow,
    Glickfeld & Nass, Inc.
10960 Wilshire Blvd. Suite 1400
Los Angeles, California 90024
Tel: (310) 478-2541
Fax: (310) 473-0123

Attorneys for Plaintiff

SCANNED

DM_US\8430131.v1

4

# PROOF OF SERVICE

**STATE OF CALIFORNIA,**
**COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10960 Wilshire Boulevard, Fourteenth Floor, Los Angeles, California 90024. On January 31, 2007, I served the document described as **[PROPOSED] FINAL JUDGMENT**, on the parties herein in this action by:

___ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

__X___ by placing ___ the original __X__ a true copy thereof enclosed in sealed envelopes as follows:

Farzad Tabari
dba FAST IMPORTS
27151 Pinario
Mission Viejo, California 92692

Lisa Tabari
dba FAST IMPORTS
27151 Pinario
Mission Viejo, California 92692

__X__ **BY MAIL**

__X__ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

Executed on January 31, 2007, at Los Angeles, California.

___ **BY TELECOPY**
**TO:**

Executed on January 31, 2007, at Los Angeles, California.

___ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

SALLY ZEPEDA
Type or Print Name                               Signature

M:\FirmDocs\Jaffe\Toyota\Toyota v. Tabari\POS-MAIL.wpd