MANATT, PHELPS & PHILLIPS, LLP
JILL M. PIETRINI (Bar No. CA 138335)
  E-mail: jpietrini@manatt.com
EMIL PETROSSIAN (Bar No. CA 264222)
  E-mail: epetrossian@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff and Counter-Defendant*
TOYOTA MOTOR SALES, U.S.A., INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FARZAD TABARI et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV 03-08506 DSF (Ex) <br><br> Hon. Dale S. Fischer <br> Courtroom No. 840 <br><br> **ORDER DISMISSING ACTION IN ITS ENTIRETY** |

The Court has received and reviewed the Stipulation to Dismiss Action In Its Entirety filed by plaintiff and counter-defendant Toyota Motor Sales, U.S.A., Inc. and defendants and counterclaimants Seyed Abbas Seyedi Tabari and Lisa Tabari (the "Stipulation"). In the Stipulation, the parties submit that they have entered into a binding confidential settlement agreement, and that they seek to dismiss this action without prejudice.

Pursuant to the Stipulation and Rule 41(a)(2) of the Federal Rules of Civil Procedure, and for good cause shown, this action, including all of Toyota's claims

1  and Defendants' counterclaims, is hereby **DISMISSED WITHOUT**
2  **PREJUDICE**.
3        **IT IS SO ORDERED.**

Dated: June 3, 2011

_____
Honorable Dale S. Fischer
United States District Judge

300258652.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES